IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVERAND WES CARROLL,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 05-2 |
| ALLEGHENY COUNTY, et al.,<br>    Defendants. | )<br>)<br>) |

## ORDER

AND NOW, this 14th day of February, 2006, after the plaintiff, Reverand Wes Carroll, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed,, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 117), which is adopted as the opinion of this Court,

IT IS ORDERED that amended complaint (Docket No. 11) is dismissed for plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*Donetta W. Ambrose*
Donetta W. Ambrose
United States Chief District Judge

cc:    Reverand Wes Carroll
        GE-8666
        SCI Dallas

1000 Folies Road
Dallas, PA 18612